**FILED**

04/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0748

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| THAD WHITE,<br><br>    Plaintiff and Appellant,<br>v.<br><br>MONTANA BOARD OF CRIME CONTROL,<br><br>    Respondent and Appellee,<br>and<br><br>PUBLIC SAFETY OFFICER STANDARDS AND TRAINING COUNCIL,<br><br>    Intervenor. | No. DA-22-0748<br><br><br>**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Upon consideration of Appellant Thad White's Second Motion for Extension of Time to File his Opening Brief, and good cause appearing, IT IS HEREBY ORDERED that Appellant shall have up to and including May 17, 2023 to file his Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 11 2023